AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

JACK ROBERTS

Case Number: 3:09-00274

USM Number: 31014-074

Michael C. Holley
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  One (1), Two (2) and Three (3)  of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Defendant must report to the Probation Office in the district to which the Defendant is released within 72 hours of release from the custody of the Bureau of Prisons | 10/23/2012 |
| 2 | Defendant shall follow the instructions of the Probation Officer | 11/5/2012 |
| 3 | Defendant shall not commit another federal, state or local crime | 02/03/2012 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.   6423

Defendant's Year of Birth:   1965

City and State of Defendant's Residence:
      Custody

March 4, 2013
Date of Imposition of Judgment

*Todd Campbell* (signature)
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

September 24, 2013
Date

DEFENDANT: JACK ROBERTS  
CASE NUMBER: 3:09-00274

Judgment — Page 2 of 2

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __Twenty-four (24) months__

No period of Supervised Release is imposed.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

Incarceration at Lompoc, CA

__X__ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

____ at _____ p.m. on _____

____ as notified by the United States Marshal.

____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

____ before 2 p.m. on _____

____ as notified by the United States Marshal.

____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
Deputy United States Marshal